No. 88–6840.   BALDWIN *v.* SEABOLD, WARDEN.   C. A. 6th Cir. Certiorari denied.

No. 88–6853.   ALASAD *v.* TEXAS.   Ct. App. Tex., 1st Dist. Certiorari denied.

No. 88–6858.   JONES *v.* UNITED STATES.   C. A. 11th Cir. Certiorari denied.

No. 88–6866.   MILNES *v.* UNITED STATES.   C. A. 3d Cir. Certiorari denied.

No. 88–1159.   ARIZONA *v.* BRAVO.   Sup. Ct. Ariz.   Motion of respondent for leave to proceed *in forma pauperis* granted.   Certiorari denied.

No. 88–1249.   SOUTHERN BELL TELEPHONE & TELEGRAPH CO. ET AL. *v.* FEDERAL COMMUNICATIONS COMMISSION ET AL.; and
No. 88–1250.   NEW ENGLAND TELEPHONE & TELEGRAPH CO. ET AL. *v.* FEDERAL COMMUNICATIONS COMMISSION ET AL.   C. A. D. C. Cir.   Motion of Communications Satellite Corp. for leave to file a reply as *amicus curiae* granted.   Certiorari denied.   JUSTICE O'CONNOR took no part in the consideration or decision of this motion and these petitions.

No. 88–1302.   BOHATCH ET VIR *v.* DELHAES ET AL.   Ct. App. Ohio, Lake County.   Certiorari denied.   JUSTICE BLACKMUN took no part in the consideration or decision of this petition.

No. 88–1321.   NAVISTAR INTERNATIONAL TRANSPORTATION CORP. *v.* UNITED STATES ENVIRONMENTAL PROTECTION AGENCY. C. A. 6th Cir.   Certiorari denied.   JUSTICE WHITE took no part in the consideration or decision of this petition.

No. 88–1427.   INTERNATIONAL ASSOCIATION OF MACHINISTS & AEROSPACE WORKERS PENSION PLAN ET AL. *v.* MEAGHER.   C. A. 9th Cir.   Motions of American Society of Pension Actuaries, American Society for Personnel Administration, Chamber of Commerce of the United States of America, and American Academy of Actuaries of the United States for leave to file briefs as *amici curiae* granted.   Certiorari denied.